JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA DEL TORO,<br><br>        Plaintiff,<br><br>    v.<br><br>360 PARTNERSHIP LP et al.,<br><br>        Defendants. | Case No. CV 21-1216-JAK (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that judgment be entered in Defendants' favor and that this action be dismissed.

DATED: November 1, 2021

_____
JOHN A. KRONSTADT
U.S. DISTRICT JUDGE